# Court of Appeals
# of the State of Georgia

ATLANTA,  September 08, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0161. NANA HAVEN v. DNF ASSOCIATES, LLC, ASSIGNEE OF CNU ONLINE HOLDINGS, LLC.

Nana Haven, the defendant in this civil action, filed this direct appeal of the trial court's judgment in favor of the plaintiff in the amount of $2,877.00. However, OCGA § 5-6-35 (a) (6) requires the filing of an application for discretionary appeal in all actions for damages in which the judgment is $10,000 or less. *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Thus, Haven's failure to follow the discretionary appeals procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  09/08/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.